UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN R. DUDLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCASFILM LTD, TWENTIETH CENTURY FOX FILM CORP, INTERNATIONAL CREATIVE MANAGEMENT, GEORGE LUCAS, CHARLES FLOYD JOHNSON, RICK McCALLUM, ANTHONY HEMINGWAY, AARON McGRUDER, and JOHN RIDLEY,<br><br>    Defendants. | NO.  CV-13-5107-SAB<br><br>**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** |

   Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 60. The parties indicate they have settled and resolved the above-captioned case and ask that it be dismissed with prejudice and without costs or fees to any party.

   Accordingly**, IT IS HEREBY ORDERED:**

   1. The parties' Stipulated Motion to Dismiss, ECF No. 60, is **GRANTED**.

**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** ~ 1

2.  The above-captioned case is **dismissed** with prejudice and without costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 24th day of June, 2014.



     s/STANLEY A. BASTIAN    .
STANLEY A. BASTIAN
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** ~ 2